UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAMONT JACOBS,<br><br>            Plaintiff,<br><br>    vs.<br><br>MY INDERSTY CAMPAINS EVERY JAIL, TOWN TO TOWN IN THIS WORLD,<br><br>            Defendants. | NO.  CV-07-151-JLQ<br><br>ORDER DISMISSING ACTION FOR LACK OF VENUE |

    Plaintiff, a prisoner at the Auburn Correctional Facility in Auburn, New York, seeks to file *in forma pauperis* a *pro se* civil rights complaint by a prisoner under 42 U.S.C. § 1983.  Plaintiff did not supply a six month statement of his inmate account as required by 28 U.S.C. § 1915(a)(2).

    In any event, Plaintiff's complaint appears frivolous.  His Statement of Claim reads in its entirety: "its when I was crippled it started that way from more it was when I brought the whole indersty [sic] lobbles [sic] company and the campains [sic] but know [sic] one visit me cause its more than kidnap its every conspiricies [sic] charges in the law book.  I want over 300 marshalls [sic] on duty but not the fbi [sic] or not the cia [sic] they are kidnapen [sic] me and being charge with every other conspirices [sic] charge and I want you thomas [sic] and spokane [sic] to converskat [sic] all my money and propertys

ORDER DISMISSING ACTION FOR LACK OF VENUE -- 1

[sic] with over 300 marshalls [sic] than yous [sic] very much one." He presents no facts from which a court could infer persons acting under color of state law violated his constitutionally protected rights.

Nothing in the complaint suggests venue is appropriate in the Eastern District of Washington. Plaintiff is not incarcerated here. He has identified no events which occurred here. Plaintiff's listing of Defendants is nonsensical and would not subject an individual to personal jurisdiction in this judicial district.

Based on the Statement of Claim, the court finds it would not be in the interest of justice to transfer this case to the United States District Court, Southern District of New York. *See* 28 U.S.C. §§ 1391 and 1406. Accordingly, **IT IS ORDERED** this action is **DISMISSED for lack of venue.**

**IT IS SO ORDERED.** The District Court Executive shall enter this order, enter judgment, forward copies to Plaintiff and close this file. Plaintiff shall file no further documents in this file.

**DATED** this 17th day of May 2007.

                s/ Justin L. Quackenbush
                JUSTIN L. QUACKENBUSH
        SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION FOR LACK OF VENUE -- 2