AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

LAMONT JACOBS

v.

MY INDERSTY CAMPAINS EVERY JAIL, TOWN TO TOWN IN THIS WORLD

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 07-CV-151-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  Action is DISMISSED for lack venue.

05/17/07
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson

Dockets.Justia.com